## George R. Stewart, Appellee, v. William E. Dodson, Appellant.

### Gen. No. 22,835.   (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. RICHARD S. TUTHILL, Judge, presiding. Heard in this court at the October term, 1916. Reversed. Opinion filed April 16, 1917. Rehearing denied April 30, 1917.

### Statement of the Case.

Action by George R. Stewart, plaintiff, against William E. Dodson, defendant, to recover on a certain contract providing that defendant would purchase within one year from date at a certain price certain shares of stock theretofore purchased by plaintiff from defendant if plaintiff should desire to sell same. From a judgment for the plaintiff for $1,800, the amount of the stock at the price agreed, defendant appeals.

BUELL & ABBEY, for appellant.

GEORGE W. WILBUR, for appellee.

MR. JUSTICE HOLDOM delivered the opinion of the court.

### Abstract of the Decision.

GAMING, § 16*—*what constitutes unenforceable gambling contract.* Where, long after plaintiff purchased certain stock from defendant and as no part of that purchase, plaintiff and defendant entered into a contract providing that defendant would purchase said stock at a certain price should plaintiff desire within one year from the date of the contract to sell the stock, *held* that the contract was a gambling contract and obnoxious to section 130 of the Criminal Code (J. & A. ¶ 3733), and unenforceable in the courts.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.